UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LISA D. TERHUNE, | ) |
| Plaintiff, | ) |
| vs. | ) Cause No. 1:18-cv-1440-WTL-MJD |
| BANK OF AMERICA, NA., | ) |
| Defendant. | ) |

## JUDGMENT

The Court having previously granted the Defendant's motion to dismiss and having denied this date the Plaintiff's motion for leave to file an amended complaint, judgment is hereby **ENTERED** in favor of the Defendant and against the Plaintiff on all of the Plaintiff's claims.

SO ORDERED: 1/9/2019

_____
Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Copies to all counsel of record via electronic notification